UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELDON T. CORDOZA, et. al,            No. C 82-4209MHP

       Plaintiffs,                          <u>ORDER RE PAYMENT</u>

                                                     <u>OF FEES</u>

   v.

PACIFIC STATES STEEL CORPORATION, et. al,

       Defendants.
_____

    The Special Masters assigned by this court in the above-entitled action having presented the views of the affected parties with respect to the settlement of certain liabilities of Pacific States Steel Corporation ("PSSC") for hazardous waste generator fees and the court having considered the offer of settlement, finding it fair and reasonable,

    IT IS HEREBY ORDERED that the Hazardous Waste Generator Fee in the amount of $226,214.25 is allowed, and the Special Masters are authorized to pay this amount to the State of California Board of Equalization forthwith. Any penalties and accrued interest on the State's claim are disallowed and shall not be paid by the Special Masters."

Dated: July 28, 2009                           _____
                                                        MARILYN HALL PATEL
                                                        United States District Court Judge